CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KENT STEJSKAL (MOBN 70456)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Kent.Stejskal@usdoj.gov

Attorneys for United States of America

FILED

APR 02 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR26 00153 YGR |
| Plaintiff, | [PROPOSED] SEALING ORDER |
| v. | UNDER SEAL |
| DERON HARRISON, | |
| Defendant. | |

Upon motion of the United States and good cause having been shown, IT IS HEREBY

ORDERED that the government's application for a sealing order, the sealing order, the indictment, and

the arrest warrant, and all attachments in the above-referenced case, shall be filed under seal until further

order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to

employees of the United States Attorney's Office.  The United States Attorney's Office is permitted to

share these documents as necessary to comply with its discovery obligations, and with

//

//

//

//

[PROPOSED] SEALING ORDER             1             v. 2/22/2020

the Bureau of Alcohol, Tabacco, Firearms, and Explosives.

IT IS SO ORDERED.

DATED: 4/2/2026

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge