EHRLICH & CRAIG LLP
AMY CRAIG - #269339
amy@ehrlich-craig.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorney for Defendant Deron Harrison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>DERON HARRISON, )<br><br>Defendant. ) | Case No.: 26-CR-00153-YGR-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

The parties, the United States Government and Defendant Deron Harrison, by and through their respective attorneys, hereby stipulate and respectfully request that the status conference in this matter currently set for Thursday, April 9, 2026, at 10:30 a.m., be continued to Monday, April 13, 2026, at 10:30 a.m.  The proposed continuation will allow Pretrial Services additional time to prepare a pre-bail report. Accordingly, the parties respectfully ask the Court to continue the status conference in Mr. Harrison's matter to April 13, 2026.

IT IS SO STIPULATED.

DATED:       April 8, 2026            Respectfully submitted,


                                     /s/ Amy Craig
                                     Amy Craig
                                     Counsel for Defendant Deron Harrison

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
CASE NO. 26-CR-00153- KAW

1

DATED:        April 8, 2026            CRAIG MISSAKIAN
                                       United States Attorney

                                        /s/ Jonah Ross
                                       Kent Stejskal
                                       Jonah Ross
                                       Assistant United States Attorneys

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
CASE NO. 26-CR-00153- KAW

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 26-CR-00153-YGR-KAW |
| Plaintiff, | **ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| DERON HARRISON, | |
| Defendant. | |

**ORDER**

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that Defendant Deron Harrison's status conference re: detention be continued from Thursday,  April 9 at 10:30 a.m. to Monday, April 13, 2026, at 10:30 a.m.

IT IS SO ORDERED.

Dated: _____April 8, 2026_____

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

ORDER TO CONTINUE STATUS CONFERENCE
CASE NO.  26-CR-00153- YGR - KAW

1